IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-CR-167-RAW |
| ) | |
| **NATHAN REX UPTON**, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF INTENT TO ENTER PLEA**

The Defendant, Nathan Rex Upton, through his attorney, Douglas Smith, Assistant Federal Public Defender, advises the Court he intends to enter a plea of guilty to the count two of the Indictment, Possession of Certain Material Involving the Sexual Exploitation of a Minor, without a plea agreement.

Mr. Upton's attorney will be out of the state due to a family emergency during the week of October 23rd through 27th. Defense Counsel will be available for a change of plea hearing on October 30th, 31st, or November 1st.

Respectfully submitted,

**OFFICE OF THE FEDERAL DEFENDER**
Scott A. Graham, Federal Public Defender

By: *s/Douglas G Smith II*
Douglas G Smith II
Assistant Federal Public Defender
112 N. 7th Street
Muskogee, Oklahoma 74401
Telephone: 918-687-2430
E: *douglas_smith@fd.org*
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2023, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

    Ms. Caila M. Cleary
    Assistant United States Attorney

                                    *s/Douglas G Smith II*
                                    Douglas G Smith II