# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-22-167-RAW |
| Plaintiff, | ) | |
| v. | ) | Date: 11/01/2023 |
| NATHAN REX UPTON, | ) | Time: 9:57 a.m. – 10:18 a.m. |
| Defendant. | ) | |

## MINUTE SHEET
## CHANGE OF PLEA HEARING

U.S. Magistrate Judge Gerald L. Jackson     Paige Bruce, Deputy Clerk     Reporter - None
FTR Courtroom:  4 - Room 420

Counsel for Plaintiff:   Nicole Paladino for Caila Cleary, AUSA
Counsel for Defendant:  Douglas G. Smith, II, AFPD

Defendant appears: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☐ Defendant advised of right to appear in person   ☐ Defendant consents to proceed via video conference
Defendant:  ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed
☒ Defendant advised of charges and possible penalties
☐ Guideline estimates discussed

☒ Defendant entered guilty plea to Count 2 of the Indictment
☐ Plea Agreement:  ☐ terms orally disclosed   ☐ written plea agreement filed   ☒ no written plea agreement
   ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
   ☒ Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived:  ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:   ☒ Defendant found mentally competent to understand charges and proceedings
                   ☒ Factual basis for Defendant's plea;
                   ☒ Defendant is guilty as charged as to Count 2 of the Indictment
☒ PSI Ordered

☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (GLJ)
☒ Defendant remanded to custody of USMS.

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB